IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAYTEE MCGOWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) |
| PAPPAGEORGE HAYMES PARTNERS, | ) Jury Demand |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, KAYTEE MCGOWAN, by and through her attorneys, Bridgette Kolb and Joshua File hereby complains against Defendant, PAPPAGEORGE HAYMES PARTNERS, as follows:

### INTRODUCTION

1. Plaintiff brings this civil action for damages and affirmative relief against Defendant for violations of the sex discrimination provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, et seq., ("Title VII"), and the Equal Pay Act provisions of the Fair Labor Standards Act, 29 U.S.C. §206(d). ("EPA").

### JURISDICTION, VENUE AND PARTIES

2. Federal Jurisdiction is invoked under 28 U.S.C. §1331 and 1367; 29 U.S.C. 216(b); and 42 U.S.C. §2000e-5.

3. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391 as the underlying acts giving rise to this action took place in Chicago, Illinois, within this judicial District.

## PARTIES

4. Plaintiff, KAYTEE MCGOWAN, is a resident of and domiciled in the County of Cook, State of Illinois, residing at 2753 West 99th Street, Chicago, IL 60655.

5. Defendant, PAPPAGEORGE HAYMES PARTNERS, ("PHP"), is an Illinois corporation engaged in the business of architecture and building design with its principal place of business located in Chicago, Illinois.

6. Plaintiff is an African American female who, at all relevant times, was an "employee" of Defendant as defined by 42 U.S.C. §2000e(f).

7. At all relevant times, Defendant was Plaintiff's "employer" as defined by 42 U.S.C. §2000e(b).

8. Plaintiff filed a Charge of employment discrimination on the basis of race and sex with the Equal Employment Opportunity Commission ("EEOC") on August 15, 2018 within 300 days of the commission of the unlawful employment practices alleged herein. Exhibit A.

9. Plaintiff received a Notification of Right to Sue from the EEOC on April 19, 2019. Exhibit B.

10. This Complaint has been filed within 90 days of receipt of the EEOC's Notification of Right to Sue.

## FACTUAL ALLEGATIONS

11. Plaintiff was employed by Defendant from approximately October 10, 2014 through August 31, 2018.

12. From approximately November 2016 until her separation on August 31, 2018, Plaintiff held the position entitled "Student Intern," earning between $13 and $15 per hour.

13. Throughout the course of her employment with Defendant, Plaintiff was the only African American "Student Intern" and the only female "Student Intern."

14. Throughout the course of her employment, Plaintiff was one of only three African Americans out of a total of approximately fifty employees employed by Defendant at any given time.

15. Throughout the course of her employment, Defendant did not employ any African American Licensed Architects or any female Licensed Architects.

16. Throughout the course of her employment with Defendant, Plaintiff was subjected to numerous derogatory, demeaning and harassing comments about her race.

17. In or around June 2018, Tim Kent, a Partner at PHP, told Plaintiff in front of several of Defendant's other employees that there had been "more people in space than there had been African American architects."

18. Throughout the course of her employment, Defendant discriminatorily assigned Plaintiff to work on projects for African American clients, insisting that the clients would like her because of her race.

19. During a meeting with the Chicago Housing Authority in 2017, Brian Kidd, a Partner at PHP, told her that she would "do well with this group" because she is a black woman. She was then told to sit on the same side of a table as clients who were all African American women, while Defendant's other the non-African American, male employees sat on the other side of the table.

20. In or around December, 2017, Defendant hired a less experienced, similarly educated, non-African American, male to the position of "Student Intern."

21.     In or around June 2018, Plaintiff learned that Defendant was paying this less experienced, similarly educated, non-African American, male Student Intern $19 per hour.

22.     Defendant discriminatorily paid Plaintiff, a more experienced, similarly educated, African American female, $4 per hour less than similarly situated non-African American, male Student Interns.

## COUNT ONE
## (TITLE VII - SEX DISCRIMINATION)

23.     Plaintiff restates and reiterates each and every allegation set forth in Paragraphs 1 through 22 above as though fully set forth herein.

24.     Plaintiff has timely filed a charge of discrimination based on race and sex with the EEOC.

25.     Plaintiff has timely filed this lawsuit within 90 days of receipt of the EEOC's Notification of Right to Sue.

26.     Defendant has unlawfully discriminated against Plaintiff on the basis of her sex in violation of Title VII by, *inter alia*, subjecting her to demeaning, derogatory and harassing comments and paying her substantially less than similarly situated male Student Interns.

27.     By virtue of Defendant's unlawful discrimination, Plaintiff is entitled to receive any and all equitable and legal relief available under Title VII, including, but not limited to compensatory damages, punitive damages, costs and reasonable attorneys' fees.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order in her favor and against Defendant for unlawful discrimination based on sex in violation of Title VII; award Plaintiff any and all equitable and legal relief available to her under Title VII, including, but not limited to, lost wages and benefits, compensatory damages, punitive damages, interest, costs and

4

reasonable attorneys' fees; and grant any other and further relief as the Court may deem just and appropriate under the circumstances.

## COUNT TWO
## (TITLE VII - RACE DISCRIMINATION)

28. Plaintiff restates and reiterates each and every allegation set forth in Paragraphs 1 through 27 above as though fully set forth herein.

29. Plaintiff has timely filed a charge of discrimination based on race and sex with the EEOC.

30. Plaintiff has timely filed this lawsuit within 90 days of receipt of the EEOC's Notification of Right to Sue.

31. Defendant has unlawfully discriminated against Plaintiff on the basis of her race in violation of Title VII by, *inter alia*, subjecting her to demeaning, derogatory and harassing comments regarding her race and by paying her substantially less than similarly situated non-African American Student Interns.

32. By virtue of Defendant's unlawful discrimination, Plaintiff is entitled to receive any and all equitable and legal relief available under Title VII, including, but not limited to compensatory damages, punitive damages, costs and reasonable attorneys' fees.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order in her favor and against Defendant for unlawful discrimination based on race in violation of Title VII; award Plaintiff any and all equitable and legal relief available to her under Title VII, including, but not limited to, lost wages and benefits, compensatory damages, punitive damages, interest, costs and reasonable attorneys' fees; and grant any other and further relief as the Court may deem just and appropriate under the circumstances.

## COUNT THREE
## (EQUAL PAY ACT)

33.     Plaintiff restates and reiterates each and every allegation set forth in Paragraphs 1 through 32 above as though fully set forth herein.

34.     Defendant has unlawfully violated the EPA provisions of the FLSA by discriminatorily paying Plaintiff $4 per hour less than a less experienced, similarly educated non-African American male Student Intern.

35.     The difference in pay between Plaintiff and her non-African American, male comparator was based on her sex in violation of the EPA.

36.     Defendant's unlawful actions and discriminatory pay practices were willful.

WHEREFORE, Plaintiff respectfully requests that this Court enter and Order in her favor and against Defendant for discriminatory pay practices in violation of the EPA; award Plaintiff any and all equitable and legal relief available to her under the EPA, including but not limited to, lost wages and benefits, compensatory damages, liquidated damages, punitive damages, costs and reasonable attorneys' fees; and grant any other and further relief as the Court may deem just and appropriate under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury as to all claims contained in this Complaint.

Respectfully submitted,

KAYTEE MCGOWAN

By: /s/ *Bridgette Kolb*
Bridgette Kolb, an attorney for Plaintiff

BRIDGETTE KOLB
JOSHUA M. FILE
KATZ, FRIEDMAN, EAGLE, EISENSTEIN,
JOHNSON & BARECK
77 West Washington Street, 20th Floor
Chicago, Illinois  60602-2983
(312) 263-6330
(312) 372-5555 (fax)
bkolb@kfeej.com
jfile@kfeej.com

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.<br>_Illinois Dept. of Human Rights_ and EEOC<br>State or local Agency, if any | [ ] FEPA<br>[X] EEOC<br>RECEIVED EEOC<br>AUG 1 5 2018 | 440-2018-07451 |

| NAME (Indicate Mr., Ms., Mrs.)<br>Ms. Kaytee McGowan | | HOME TELEPHONE (Include Area Code)<br>(312)-513-0547 |
|---|---|---|
| STREET ADDRESS<br>2753 West 99th Street | CITY, STATE AND ZIP CODE<br>Chicago, IL 60655 | DATE OF BIRTH<br>4/19/1995 |

| NAME<br>Pappageorge Haymes Partners | NUMBER OF EMPLOYEES, MEMBERS<br>~50 | TELEPHONE (Include Area Code):<br>(312) 337-3344 |
|---|---|---|
| STREET ADDRESS<br>640 N LaSalle Dr #400 | CITY, STATE AND ZIP CODE<br>Chicago, IL 60654 | COUNTY<br>Cook |
| NAME | NUMBER OF EMPLOYEES, MEMBERS: | TELEPHONE (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es)) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST (ADEA/EPA) - LATEST (ALL) |
|---|---|
| [X] RACE  [X] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | October, 2014- Present |
| [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER | [X] CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

The above named Employer has discriminated against me on the basis of my Race/Color (African American/Black) and Gender (Female). See attachment.

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/10/18  Charging Party: _K. McGowan_

State of Illinois
City of Chicago to wit:

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

/s/ _K. McGowan_
SIGNATURE OF COMPLAINANT    DATE 8/10/18

Sworn to and subscribed to before the undersigned notary public in and for said jurisdiction this 10th day of _August_, 2018
My commission expires: 3, 8, 21

_Deanna Adamczyk_
Notary Public

EEOC Form 5 modified

DEANNA ADAMCZYK
Official Seal
Notary Public – State of Illinois
My Commission Expires Mar 8, 2021


EXHIBIT A

## ATTACHMENT TO CHARGE OF DISCRIMINATION

1. I was hired by Pappageorge Haymes Partners ("Pappageorge") on or about October 10, 2014 as a Studio Assistant.

2. In or about November 2016, I was promoted to the position of Student Intern.

3. I am an African American/Black female.

4. There is one other Student Intern employed by Pappageorge, who is not African American and is male. This man was hired in or about December 2017.

5. Despite this Student Intern having less experience than me at either Pappageorge or other architecture firms, Pappageorge pays him more than it pays me. He is also offered more hours and additional benefits by Pappageorge that are not offered to me.

6. Management at Pappageorge has made derogatory comments to me and in front of me about my Race/Color.

7. By virtue of the above, Pappageorge has unlawfully discriminated against me on the basis of my Gender, Race, and Color in violation of Title VII of the Civil Rights Act of 1964 and The Equal Pay Act of 1963.

Dated: 8/10, 2018

*K. McGowan*
Kaytee McGowan

*Deanna Adamczyk* [signature]

DEANNA ADAMCZYK
Official Seal
Notary Public – State of Illinois
My Commission Expires Mar 8, 2021

RECEIVED EEOC

AUG 1 5 2018

CHICAGO DISTRICT OFFICE

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**     Received 4/19/19

## DISMISSAL AND NOTICE OF RIGHTS

To: **Kaytee McGowan**
c/o Bridgette Kolb, Esq.
KATZ FRIEDMAN
77 West Washington Street
20th Floor
Chicago, IL 60602

From: **Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-07451 | Katarzyna Hammond, Investigator | (312) 869-8024 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman     4-17-19

Enclosures(s)     Julianne Bowman, District Director     (Date Mailed)

cc: **PAPPAGEORGE HAYMES PARTNERS**
c/o Lindsey Marcus, Esq.
Franczek Radelet
300 South Wacker Drive, Suite 3400
Chicago, IL 60606



EXHIBIT B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to Sylvia Bustos and either mailed to the address above, faxed to (312) 869-8220 or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). *Be sure to include your name, address, phone number and EEOC charge number with your request.*

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* Before filing a lawsuit, but within 90 days of your receipt of the Right to Sue, or

* After your lawsuit has been filed. If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the *Respondent* you may be granted access to the file *only after* a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure before you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, **it is recommended that you first review your file** to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost**. Payment must be made directly to Aloha Print Group, which charges 15 cents per page.

(Revised 04/20/2016, previous copies obsolete)

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2000
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS



U.S. POSTAGE ≫ PITNEY BOWES
ZIP 60661 $ 000.50
02 4W
0000361500 APR 17 2019

**RECEIVED**
APR 19 2019

Katz Friedman Eagle
Eisenstein Johnson
& Bareck



60602-298320