IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAYTEE MCGOWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 19-CV-4797 |
| v. | ) |
| | ) |
| PAPPAGEORGE HAYMES PARTNERS, | ) Hon. Judge Guzman |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the Parties to the above-captioned action, through their undersigned counsel of record, that the Parties have reached resolution of Plaintiff's claims and that this action, including all individual claims therein, shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each Party to bear its own costs, expenses and attorneys' fees incurred in this action.

Dated: September 26, 2019

On behalf of Plaintiff,

/s/ *Joshua M. File*
Joshua M. File
KATZ, FRIEDMAN, EAGLE, EISENSTEIN,
JOHNSON & BARECK, P.C.
77 West Washington Street, 20th Floor
Chicago, Illinois 60602
(312) 263-6330
(312) 372-5555
jfile@kfeej.com

On behalf of Defendant,

/s/ *Orly Henry*
Orly Henry
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, Illinois 60654
(312) 846-7041
(312) 277-5839
ohenry@littler.com